UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. SA-25-CV-00277 |
| | ) |
| REAL PROPERTY LOCATED AND SITUATED AT: | ) |
| | ) |
| 6817 19TH ROAD NORTH, ARLINGTON, ARLINGTON COUNTY, VIRGINIA | ) |
| | ) |
| Respondent. | ) |

### NOTICE OF COMPLAINT FOR FORFEITURE

On March 14, 2025, a Verified Complaint for Forfeiture *in rem* was filed in this Court by the United States Attorney for the Western District of Texas and Assistant United States Attorney Antonio Franco, Jr., against the property described below, which is also specifically described in the Verified Complaint for Forfeiture, for violations of Title 18 U.S.C. §§ 1343, 1347, and 1956, and Title 42 U.S.C. § 1320a-7b, and subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(A) and (C), namely:

Real property, with all buildings, appurtenances, and improvements thereon, and any and all surface and sub-surface rights, title, and interests, located and situated at:

> Lot numbered four (4), of the subdivision known as GALE H. STALKER'S PROPERTY, as the same appears upon a plat attached to a deed from Guy N. Church et al, to Gale H. Stalker dated October 4, 1935, and recorded in Deed Book 376 at Page 298 among the land records of Arlington County, Virginia.

> Being the same property conveyed to Henry T. Trumble, III and Chantal N. Phillips, as tenants by the entirety with common law right of survivorship by deed from Henry T. Trumble, III dated 11/23/2011 and recorded with Arlington County on 12/07/2011 in Book 4512, Page 870.

**APPENDIX B**

      This conveyance is made subject to covenants, conditions, restrictions, easements and rights of way of record.

hereinafter the Respondent Real Property.

      Pursuant to Supplemental Rule of Federal Civil Procedure G(4)(b), notice to any person who reasonably appears to be a potential claimant shall be by direct notice. Accompanying this notice is the Verified Complaint for Forfeiture which has been filed in this cause and which describes the Respondent Real Property. Pursuant to Supplemental Rule G(4)(b), any person claiming an interest in the Respondent Real Property who has received direct notice of this forfeiture action must file a Claim, in compliance with Rule G(5)(a), with the court within **thirty-five (35) days after the notice was sent, if delivered by mail (if mailed, the date sent is provided below), or within 35 days of the date of delivery, if notice was personally served**. An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within **twenty-one (21)** days of the Claim being filed.

      The Claim and Answer must be filed with the Clerk of the Court, 262 West Nueva Street, Room 1-400, San Antonio, Texas 78207, and copies of each must be served upon Assistant United States Attorney Antonio Franco, Jr., 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216, or default and forfeiture will be ordered. *See* Title 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

      Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.

      **DATE NOTICE SENT:**_____